EXHIBIT A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Harper Valley P.T.A. |
| Line 3 | Writer(s) | Tom T. Hall |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 12/26/67 2/1/71 |
| Line 6 | Registration No(s). | Eu 30104 Ep 281825 |
| Line 7 | Date(s) of Infringement | 08/23/2025 |
| Line 8 | Place of Infringement | Bay View Sport Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Wish It Would Rain |
| Line 3 | Writer(s) | Barrett Strong; Roger Penzabene; Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 9/21/67 |
| Line 6 | Registration No(s). | Ep 236269 |
| Line 7 | Date(s) of Infringement | 08/23/2025 |
| Line 8 | Place of Infringement | Bay View Sport Bar & Grill |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Sloop John B |
| Line 3 | Writer(s) | Brian Wilson |
| Line 4 | Publisher Plaintiff(s) | Brian Douglas Wilson, an individual d/b/a New Executive Music |
| Line 5 | Date(s) of Registration | 3/24/66 10/2/67 |
| Line 6 | Registration No(s). | Eu 930655 Eu 19442 |
| Line 7 | Date(s) of Infringement | 08/23/2025 |
| Line 8 | Place of Infringement | Bay View Sport Bar & Grill |